In the Matter of the Claim of LEONIDAS KOURELAKOS, Appellant, against LENOX ROTTISSERIE-MIKE MICHEL and ÆTNA LIFE INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Application for leave to appeal on typewritten record denied, on the ground that the papers fail to show merit. Motion to dismiss appeal granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [See ante, p. 795.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOEBEL (and Another), Appellant.— Application for leave to appeal on typewritten papers granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE MITCHELL, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Motion for leave to appeal on longhand record denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of Dr. ALEXANDER NESHAMKIN, Petitioner, Appellant, for a Review under Article 78 of the Civil Practice Act, of the Determination of THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondents, Suspending Petitioner's License to Practice Medicine.— Motion for stay granted provided the appellant perfects appeal, files and serves record and brief on or before August 15, 1938, and is ready for argument at the term of this court commencing September 20, 1938. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.